UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 12 CV 05677

Vivian Amill
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

New York City Police Department
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:  ☐ Yes    ☐ No
                *(check one)*

RECEIVED
JUL 20 2012
PRO SE OFFICE

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name  Vivian Amill
              Street Address  635 Castle Hill Ave. Apt. 3A
              County, City  Bronx
              State & Zip Code  N.Y. 10473
              Telephone Number  347-293-8846

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010

Defendant No. 1    Name Rafael Sanchez
Street Address Precint- PSA 8- Randall Ave.
County, City Bronx
State & Zip Code N.Y.
Telephone Number 718-406-1500

Defendant No. 2    Name Kevin Reyes
Street Address Precint PSA 8- Randall Ave.
County, City Bronx
State & Zip Code N.Y.
Telephone Number 718-406-1500

Defendant No. 3    Name John Doe
Street Address Precint- Police Services Area 8 Randall Ave
County, City Bronx
State & Zip Code N.Y.
Telephone Number 718-406-1500

Defendant No. 4    Name
Street Address
County, City
State & Zip Code
Telephone Number

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions        ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Civil Rights Violations

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship
Defendant(s) state(s) of citizenship

*Rev. 05/2010*

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? In My Apartment at 635 Castle Hill Ave. Apt. 3A

B. What date and approximate time did the events giving rise to your claim(s) occur? On January 20, 2012, at Eleven O'clock in the Morning.

C. Facts: [What happened to you? Who did what? Was anyone else involved? Who else saw what happened?] On January 20, 2012 I called 911 because two strangers women were at my door. Two Caucasian officers came in front of my door when I was explaining that I did not know who are the ladies, officer Sanchez pushed the door of my apartment and they entered. Officer Sanchez put me in handcuffs, then officer Reyes also put me in handcuffs. I had double handcuffs. Officer Sanchez said "Let Go" I asked where are going he did not responded, I request to call the sergeant and my family they said no. I said let me picked up my coat in my bedroom, one officer registered everything in my bedroom and Officer Sanchez this is in revenge because you call few months ago 311, Internal Affairs and Civilian Complaint Review Board. I said yes it is true because is my rights as a citizen.

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. As a result of this, I had bruises in my left Arm because officer Sanchez was holding my left arm all the time even though I was with double handcuffs. Also a lot of bruises in my wrists for two weeks.

V.     Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I Vivian Amill, My Civil Rights have been violating and I seek compensation for the amount of one million dollars. I am a good citizen and I never in my life has been arrested before, or any problem with the Law.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of July, 2012

Signature of Plaintiff: Vivian Amill

Mailing Address: 635 Castle Hill Ave. Apt. 3A Bronx N.Y. 10473

Telephone Number: 347-293-8846

Fax Number (if you have one): 

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ___ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

Rev. 05/2010



**THE CITY OF NEW YORK
OFFICE OF THE COMPTROLLER
CLAIMS AND ADJUDICATIONS
1 CENTRE STREET ROOM 1200
NEW YORK, N.Y. 10007-2341**

WWW.COMPTROLLER.NYC.GOV

Michael Aaronson
Chief, Bureau of Law and
Adjustment

015 - 151

**John C. Liu
COMPTROLLER**

Date:       02/25/2012
Claim No:   2012PI005096
RE:         Acknowledgment of Claim

VIVIAN AMILL
635 CASTLE HILL AV APT 3A
BRONX, NY 10473

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at either 212-669-8750 for property damage claims or 212-669-4445 for claims involving personal injury.

Sincerely,
Michael Aaronson

CCRB<br>Jan 25, 2012

# Complaint Report (CCRB)

| | | | |
|---|---|---|---|
| **CCRB Case No :** | 201200910 | **C/V Report Date :** | Mon, 01/23/2012  09:09 AM |
| **Complaint Type :** | OCD | **Investigator :** | Not Assigned |
| **Complaint Made At :** | CCRB | **Ref. No :** | |
| **Received Date (CCRB) :** | Mon, 01/23/2012  09:09 AM | **Mode :** | Phone |
| **Incident Date :** | Fri, 01/20/2012  11:00 AM | **Location :** | Apartment/house |
| **Place of Occurrence :** | 635 Castle Hill Avenue | **Precinct :** | 43 |
| | | **Boro :** | the Bronx |

**Reason for Initial Contact :** EDP aided case

**Charges :** No arrest made or summons issued

## Complainant/Victim Details

| | | |
|---|---|---|
| **Name :** | Vivian Amill | **Type :** Comp/Victim |
| **Address :** | 635 Castle Hill Avenue, Apt. 3A Bronx NY 10473, USA | |
| **Contacts :** | (347)-293-5426 Phone(Home) | |
| **Gender :** | Female    **Ethnicity :** Hispanic | **Date of Birth :** 12/04/1967 |
| **Person Assisting :** | | |
| **Injury Details :** | | |

## Officer(s) Named in Complaint

| Rank | Officer | S/W Officer | Tax No | Race | Cmd | Allegations/Board Dispositions |
|---|---|---|---|---|---|---|
| POM | Rafael Sanchez | Witness Officer | 920803 | Hispanic | 808 | |
| POM | Kevin Reyes | Witness Officer | 937364 | Hispanic | 808 | |

## Initial Complaint Narrative

At approximately 11:00 a.m. on January 20, 2012, Vivian Amill opened the door to her apartment located at 635 Castle Hill Avenue in the Bronx and was greeted by two Hispanic females who stated that they were nurses employed by a New York State agency which Ms. Amill could not recall. The nurses told Ms. Amill that they were there to take her to the hospital, but Ms. Amill did not know why. Ms. Amill called 911 because she was concerned about the nurses forcing her to go to the hospital when she was not experiencing any stress.

Four uniformed police officers from PSA8 arrived: two Caucasian males and two Hispanic males (identified by Ms. Amill as PO Sanchez and PO Reyes). The officers entered the apartment, placed Ms. Amill into handcuffs and would not permit her to get dressed or retrieve her personal items. Ms. Amill had bruises to her hands and wrists as a result of the handcuffs. The officers placed her into an ambulance and Ms. Amill was admitted to the psychiatric unit at Jacobi Hospital and held there for two hours before she was released. PO Sanchez (described by Ms. Amill as a Hispanic male with dark-colored hair who stood 5' and appeared to be forty-five-years-old) told Ms. Amill that she was being admitted for psychiatric treatment because she had filed complaints against officers from PSA8 with 911, 311, IAB, and the CCRB. Ms. Amill never learned of any complaints filed by her neighbors and never learned why she was taken to the hospital or why the nurses she confronted at her door were there.

Witness

**THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER**
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

**John C. Liu**
COMPTROLLER

015 - 165

Date: 04/24/2012

VIVIAN AMILL
635 CASTLE HILL AV APT 3A
BRONX, NY 10473

Claim no: 2012PI005096

Dear Sir or Madam:

   Please be advised that the above referenced claim has been investigated and evaluated. We are prepared to offer the amount of $1,250.00 as full settlement of this claim.

   If this offer is acceptable, please complete the enclosed release and return it to this office. This offer is made without prejudice to either party.

   **If you don't respond to this offer within 30 days, it will be assumed that the offer is rejected.**

   If you wish to discuss this matter further, please contact me at the telephone number indicated below.

Very truly yours,

CHARLES CASTALDO

Division: PERSONAL INJURY DIV.
Phone: (212) 669-4765
Fax No: 212-669-4765

1/6/12

Dear Mr. Castaldo

Here are all documents you request for my claim Medical Record copies from 1/20/12. Also, all complaints with CCRB for a year againts New York Housing Police (PSA8) and another Precint. Here the Recent complain with CCRB. Here a letter from my Doctor with my medical conditions. I do not have any mental problem in my life. I do not take medication never in my life. I do not curse any police officers. I did not push any police officers on 1-20-12. The building that I live has camara inside of the elevator, also the lobby has camara they can look how calm I was. I did not curse no one in the ambulance. The Emergency Room has camera they can look that I was completely calm. I have been abused for New York Housing Police for a year and other Precints. I have eyewitness. My daughter has been investigated and my son for New York Police Department ilegally. Finally, I do not have any paranoid problem because I call 911 or 311 when I need it only. I complains againts police officers with Internal Affair CCRB and 311 because they abused me. Is my rights as a citizen living in New York City. Any question call me at 347-293-5426.

Sincerly

Ms. [signature]

# THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

John C. Liu
**COMPTROLLER**

015 - 188

Date: 02/28/2012
Claim no: 2012PI005096
Claimant: VIVIAN AMILL
Date of occur: 01/20/2012

VIVIAN AMILL
635 CASTLE HILL AV APT 3A
BRONX, NY 10473

The above claim is being reviewed. In order to properly evaluate this claim, please complete the items which are marked and return the form immediately in the enclosed envelope.

(✓) Claimant's social security # 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

(✓) Claimant's date of birth 12/4/57

(✓) Copy of final disposition ......

(✓) Precinct of occurrence PSA 8

(✓) Name and shield # of arresting officer Officer Sanchez, Rafael   Kevin Reyes

(✓) Copy of arrest report, rap sheet and, if filed, CCRB report

(✓) Related medical records, particularly emergency room & ambulance records.

(✓) Medicaid and/or Medicare lien?..................

(✓) Medicaid/CIN #..................

(x) Any other information and or documents pertinent to your claim

If you have any questions, feel free to contact CHARLES CASTALDO at (212)669-4765.

Sincerely yours:

*Charles Castaldo*

CHARLES CASTALDO
EXAMINER - PERSONAL INJURY DIVISION
Bureau of Law & Adjustment - Room 1220

NOTICE OF CLAIM

CLAIMANT INFORMATION

CLAIMANT'S NAME: Vivian Amill    TEL. #: (347) 293-5426

STREET ADDRESS: 635 Castle Hill Ave. apt. 3A

CITY: Bronx    STATE: New York    ZIP: 10473

SOC. SEC. # or TAX I.D. #: 347-293-5426

CLAIM INFORMATION

CITY AGENCY INVOLVED: New York Police Deparment

NATURE OF CLAIM: (ATTACH ADDITIONAL SHEET(S) OF PAPER, IF NECESSARY)

On January 20, 2012. I called 911 because two strangers were in my door. Four police came to the scene. Two officers pushed my door. They put me in handcuffs as a result of this I had bruises in my left arm and wrists. I requested to talk with the seargent the say no. One officer said to me that this in revenge again me because I did a complaint againts them few months ago with 311 - Internal Affair, CCRB. This is abuse of authi

TOTAL AMOUNT CLAIMED: $ _____

IF MORE THAN ONE ITEM IS INCLUDED IN THE TOTAL AMOUNT CLAIMED, SUPPLY BREAKDOWN
AMOUNTS AND SPECIFY ITEMS: (ATTACH ADDITIONAL SHEET(S), IF NEEDED)

| ITEM | AMOUNT |
|---|---|
| 1. _____ | $ _____ |
| 2. _____ | $ _____ |
| 3. _____ | $ _____ |
| 4. _____ | $ _____ |
| 5. _____ | $ _____ |

2012 FEB 23 PM 3:13

PLEASE ATTACH COPIES OF SUPPORTING DOCUMENTATION, PREVIOUS CORRESPONDENCE, INVOICE ETC.

2. _____  $ _____

3. _____  $ _____

4. _____  $ _____

5. _____  $ _____

PLEASE ATTACH COPIES OF SUPPORTING DOCUMENTATION, PREVIOUS CORRESPONDENCE, INVOICES, ETC.

CLAIMANT'S SIGNATURE: _____

SS: STATE OF N.Y.
CITY OF N.Y. SUBSCRIBED AND SWORN TO BEFORE ME THIS 23rd DAY OF
_____february_____, 2012

NOTARY

HEMANT C. DESAI
Notary Public, State of New York
Reg. No. 01DE5051735
Qualified in Bronx County
My Commission Expires 11/2/13

TO: OFFICE OF THE COMPTROLLER
DIVISION OF LAW - RM. 1225 South
1 CENTRE STREET
NEW YORK, N.Y. 10007
TELEPHONE # (212) 669-4736