```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIVIAN E. AMILL,

                Plaintiff,

-against-

CITY OF NEW YORK; POLICE OFFICER KEVIN REYES (Shield No. 20872); POLICE OFFICER RAFAEL SANCHEZ (Shield No. 14663); and JOHN DOE 1 (the name John Doe being fictitious, as the true name is presently unknown),

                Defendants.

12 Civ. 5677 (AT) (AJP)

**ORDER**

ANALISA TORRES, District Judge:

    On August 4, 2017, the Court issued a bar order, ordering that, "The Clerk of Court is directed that no further filings will be accepted in this case, unless directed to the Court of Appeals, and that the Pro Se Intake Unit should return all submissions to Plaintiff." ECF No. 590 at 2. On August 21, 2017, the Court amended the bar order, ordering that, "The Clerk of Court is directed that no further filings will be accepted in this case, unless directed to the Court of Appeals, and that the Pro Se Intake Unit should <u>discard</u> all submissions from Plaintiff." ECF No. 591.

    Since October 23, 2020, the Court has received five lengthy submissions from Plaintiff through mail. Plaintiff is reminded that this case is closed, and that no further filings will be accepted in this case unless directed to the Court of Appeals.

    Accordingly, pursuant to ECF No. 591, the Clerk of Court is directed that no further filings will be accepted in this case, unless directed to the Court of Appeals, and that the Pro Se Intake Unit should <u>discard</u> all submissions from Plaintiff.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: November 12, 2020
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge